The People of the State of New York,
against
Ronald Lewter, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Evelyn Laporte, J.), rendered August 6, 2013, after a nonjury trial, convicting him of unlicensed general vending, and imposing sentence.




Per Curiam.
Judgment of conviction (Evelyn Laporte, J.), rendered August 6, 2013, affirmed. 
The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 349 [2007]). The credibility issues raised by defendant were properly placed before the trier of fact and we find no reason to disturb the court's determination to credit the arresting officer's testimony that defendant, without the requisite vending license, stood next to a table upon which he displayed an assortment of cosmetic items, conversed with people, and exchanged money for goods (see Administrative Code of City of NY § 20-453; see also People v Abdurraheem, 94 AD3d 569 [2012], lv denied 19 NY3d 970 [2012]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: April 17, 2019